```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

ROBERT L. COMMODORE          :
                             :
    v.                       :    Civil Action No. DKC 07-0661
                             :
CALVERT COUNTY BOARD
OF COMMISSIONERS, ET AL.     :

### ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of October, 2009, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's motions for attorneys' fees (Papers 67 and 69) BE, and the same hereby ARE, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and to Plaintiff.

                             _____/s/_____
                             DEBORAH K. CHASANOW
                             United States District Judge