IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT L. COMMODORE               :

                                  :

v.                                :    Civil Action No. DKC 07-0661

                                  :

CALVERT COUNTY BOARD
OF COMMISSIONERS, ET AL.          :

**MEMORANDUM OPINION**

Presently pending are Plaintiff's original and supplemental motions for attorneys' fees.  (Papers 67, 69).  For the following reasons, the motions will be denied.

After a jury trial, Plaintiff Robert L. Commodore was awarded one dollar ($1.00) in nominal damages on his 42 U.S.C. § 1983 claim.  Judgment was entered in favor of Defendants on all other claims.  Plaintiff now seeks an award of $68,690.00 in attorneys' fees.

Under 42 U.S.C. § 1988, "the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee as part of the costs. . . ."  Courts have interpreted this provision to mean that "prevailing plaintiffs in civil rights actions shall ordinarily receive fees and costs as long as no special circumstances render an award unjust." *Clark v. Sims*,