KARPINSKI, COLARESI & KARP, P.A.
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1605

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL bkcklaw@aol.com

DANIEL KARP *
KEY  KARPINSKI *
RIC    RD T. COLARESI
VICTORIA M. SHEARER *
SANDRA D. LEE **
MICHAEL B. RYND
J. MICHAEL COLLITON *
RUSSELL GRAY

* ADMITTED IN MD AND D.C.
** ADMITTED IN MD AND N.Y.

October 21, 2009

Rosslyn Harris, USPO
200 Duke Street
Suite 1100
Prince Frederick, Maryland 20678

> RE: 327-132
> Commodore v. Calvert County

Dear Ms. Harris:

The United States District Court for the District of Maryland has now denied the Plaintiff's motion for an award of attorney's fees in the above-referenced case. Judge Chasanow's office sent the memorandum and order to you, for forwarding to Mr. Commodore, on October 13, 2009.

I need to convey to Mr. Commodore, on behalf of the Defendants, a check in the amount of $1.00 to satisfy the judgment which was entered against the Defendant. The check is enclosed. In exchange, Mr. Commodore will need to sign the enclosed Order of Satisfaction. I would appreciate it if you would forward the check and the Order of Satisfaction to him with the request that he sign the latter and return it to me in the enclosed, stamped, self-addressed envelope.

If an alternative approach is required, please let me know.

Sincerely yours,

KARPINSKI, COLARESI & KARP

BY: Daniel Karp

DK/bkh
Enclosures



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT COMMODORE | * | |
| Plaintiff | * | |
| v. | * | Case No: DKC 07 CV 0661 |
| CALVERT COUNTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF SATISFACTION

MR. CLERK:

Please enter the above referenced matter PAID AND SATISIFED.

_____
ROBERT COMMODORE,
Plaintiff


_____
DANIEL KARP, #00877
KARPINSKI, COLARESI & KARP
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
Attorney for Defendant
Deputy Sheriff Joseph Windsor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of October, 2009, a copy of the foregoing Order of Satisfaction was electronically filed, with notice to:

Mr. Robert Commodore

                                        _____
                                        Of Counsel for Defendant
                                        Deputy Sheriff Joseph Windsor

LOCAL GOVERNMENT INSURANCE TRUST | CLAIMS CHECKIN

| CLAIM NUMBER | DATE OF LOSS/RNO | DESCRIPTION | PAYMENT AMOUNT |
|---|---|---|---|
| LGT07PP044-001 | 01/10/2007 | Full and Final Satisfaction of Judgment - Commodore v. Cavert Co. Board of Co. Commissioners | $1.00 |

CHECK NUMBER 045331    TOTALS ▶    $1.00

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS



LGIT
7225 PARKWAY DRIVE
HANOVER, MD 21076

M&T
BALTIMORE, MD

045331

| CHECK DATE | CHECK NO |
|---|---|
| 10/16/2009 | 045331 |

ONE AND XX / 100 DOLLARS**********

- void after 180 days -

CHECK AMOUNT
$    **************$1.00

PAY TO THE ORDER OF

Robert L. Commodore
120 East Baltimore St.
Suite 1850
Baltimore, MD 21202



AUTHORIZED SIGNATURE

⑈045331⑈ ⑆052000113⑆  165 9751 8⑈