# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE  Greenbelt, MD  20770
(301) 344-0634

November 25, 2009

TO:  Mr. Commodore

RE:  Robert L. Commodore v. Michael Evans, et al.
     Civil Action No. DKC 07-0661

Dear Mr. Commodore:

    You notified chambers of a post office address at which you could be contacted, but requested that the address not be noted on the docket.  Defendant has filed the enclosed motion concerning counsel's efforts to contact you and to pay the $1.00 judgment.  You need to notify the court how you wish to proceed no later than December 11, 2009.

                              Very truly yours,

                              /s/

                              DEBORAH K. CHASANOW
                              United States District Judge